**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

KERRIION POPE,

        Petitioner,

v.                    CASE NO. 4:23-CV-12554
                      HONORABLE F. KAY BEHM
                      UNITED STATES DISTRICT COURT JUDGE

JOHN CHRISTIANSON,

        Respondent,

_____/

## <u>OPINION AND ORDER DENYING AS MOOT THE MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL (ECF No. 15)</u>

On September 26, 2024, this Court issued an opinion and order denying Petitioner's application for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254.  This Court also denied Petitioner a certificate of appealability, but granted Petitioner leave to appeal *in forma pauperis. Pope v. Christianson,* No. 4:23-CV-12554, 2024 WL 4312210 (E.D. Mich. Sept. 26, 2024). Petitioner has now filed a motion to proceed *in forma pauperis* on appeal.

This Court already granted Petitioner leave to appeal *in forma pauperis,* it is thus unnecessary for Petitioner to again obtain permission to proceed *in forma pauperis* on appeal.  Petitioner's current motion to proceed *in forma pauperis* on appeal will therefore be denied as moot. *See McMillan v. McKune,* 16 F. App'x 896, 897 (10th Cir. 2001).

1

IT IS HEREBY ORDERED that the motion for leave to appeal *in forma pauperis* (ECF No. 15) is DENIED MOOT.

s/F. Kay Behm
F. Kay Behm
United States District Judge

Date: December 6, 2024